1

2

3

4               **UNITED STATES DISTRICT COURT**

                   **DISTRICT OF NEVADA**

5

6

7

  BRIAN HOFF,                           )     3:11-cv-00623-ECR-WGC

8                                )

      Plaintiff,                )

9                                )

  vs.                          )     **Order**

10                                )

  WALCO INTERNATIONAL, INC., a    )

11 foreign corp.,              )

                               )

12       Defendant.               )

                               )

13 _____)

14

15      On September 6, 2011, Defendant filed a Motion to Dismiss (#3)

16 Plaintiff's original complaint (#1-1).  On September 20, 2011,

17 Plaintiff filed an Amended Complaint (#9) pleading different claims

than those contained in the original complaint (#1-1).

18      **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss

19 (#3) is **DENIED** as moot.

20

21

22 DATED: May 30, 2012.

23

24                             _Edward C. Reed._

                          UNITED STATES DISTRICT JUDGE

25

26

27

28