# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HOFF, | 3:11-cv-00623-ECR-WGC |
| Plaintiff, | |
| vs. | **Order** |
| WALCO INTERNATIONAL, INC., a foreign corp., | |
| Defendant. | |

On September 6, 2011, Defendant filed a Motion to Dismiss (#3) Plaintiff's original complaint (#1-1).  On September 20, 2011, Plaintiff filed an Amended Complaint (#9) pleading different claims than those contained in the original complaint (#1-1).

**IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#3) is **DENIED** as moot.

DATED: May 30, 2012.

_____
UNITED STATES DISTRICT JUDGE